1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL ALLEN,

Plaintiff,

v.

DR. THERESA CURRIER,

Defendant.

Case No.:  20cv1389-JLS(LR)

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL**

**[ECF NO. 83]**

On March 23, 2022, Plaintiff filed a "Motion to Compel."  (ECF No. 83.)  Plaintiff seeks an order compelling Defendant to "make a reasonable inquiry with California Department of Corrections and Rehabilitation Medical Records and Records Department for the verification of documents."  (Id. at 2; see also id. at 8.)

On April 7, 2023, the Court held a video Case Management Conference and advised Plaintiff that he is required to comply with this district's Civil Local Rules and this Court's Civil Chambers Rules before filing any discovery motions.  Civil Local Rule 26.1.a provides that "[t]he Court will entertain no motion pursuant to Rules 26 through 37, Fed. R. Civ. P., unless counsel will have previously met and conferred concerning all disputed issues."  (See S.D. Cal. Civ. R. 26.1.a.)  The Rule further provides that "[u]nder

1

no circumstances may the parties satisfy the meet and confer requirement by exchanging written correspondence." (Id.)

Additionally, the Court's Civil Chambers Rules require the following with respect to discovery disputes:

> **Meet and Confer Requirement.** Before contacting the Court regarding a discovery dispute, counsel must **thoroughly** meet and confer regarding all disputed issues pursuant to Civil Local Rule 26.1.a. **The parties must meet and confer in person, by videoconference, or by telephone, and may not satisfy the meet and confer requirement by exchanging e-mails or other written correspondence.**

(See Hon. Lupe Rodriguez, Jr. Civ. Chambers Rules § IV.A.)  The Court's Civil Chambers Rules also state the following:

> **Informal Discovery Dispute Conference.** If the dispute is not resolved in the meet and confer process, the moving party must e-mail chambers[1] at efile_rodriguez@casd.uscourts.gov and request a conference to discuss the discovery dispute.  The e-mail must include: (1) at least three proposed times mutually agreed upon by the parties for the telephonic conference; (2) a neutral statement of the dispute; and (3) one sentence describing (not arguing) each parties' position.  The movant must copy opposing counsel on the e-mail.
>
> **No discovery motion may be filed until the Court has conducted its telephonic discovery conference, unless the movant has obtained leave of Court.  <u>The Court will strike any discovery motion that does not comply with this process.</u>**

(See id. § IV.C.)

/ / /

/ / /

---

[1]  The parties agreed during the Case Management Conference that because Plaintiff is incarcerated, he will authorize **defense counsel** to contact the Court to request a discovery conference.

20cv1389-JLS(LR)

During the April 7, 2023 Case Management Conference, the parties advised the Court that they had not met and conferred before Plaintiff filed his Motion to Compel. The Court therefore finds that Plaintiff's Motion to Compel does not comply with Civil Local Rule 26.1.a and this Court's Civil Chambers Rules § IV.A, C.  Although the Court has authority to strike Plaintiff's motion, the Court **DENIES AS PREMATURE** Plaintiff's "Motion to Compel" [ECF No. 83].  Plaintiff's motion is denied **WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated:  April 7, 2023

_____

Honorable Lupe Rodriguez, Jr.
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

20cv1389-JLS(LR)